McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916)554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-05-0496 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | FOR DEFENDANT ERNESTO AGUILA |
| | ) | |
| SCOTT ALLEN YARBOROUGH, and | ) | |
| ERNESTO MANUEL AGUILA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Ernesto Manuel AGUILA, by his counsel Johnny L. Griffin, III, hereby stipulate and agree that the status conference currently set for Friday, December 8, 2006, at 9:00 a.m. should be continued to Friday, January 26, 2007, at 9:00 a.m.

The requested continuance is based upon the need of defense counsel to meet with his client and discuss the government's pending plea offer. Further, defense counsel is currently engaged in a criminal trial before this Court and his availability has been limited by trial commitments. The parties further agree and stipulate that the period between December 8, 2006, and January 26, 2007, should be excluded from computed time

1

for commencement of trial under the Speedy Trial Act, based upon the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and reasonable time necessary for effective defense preparation.

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: December 7, 2006    By:  /s/Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

DATED: December 7, 2006    By:  /s/Jason Hitt
                                    Telephonically authorized to sign for Mr. Griffin on 12-07-06
                                    JOHNNY L. GRIFFIN, III., Esq.
                                    Attorney for AGUILA

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The Status Conference set for December 8, 2006, at 9:00 a.m., is continued to January 26, 2007, at 9:00 a.m.;

2. Based upon the above representations and stipulation of the parties, the court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through January 26, 2007.

Dated: December 7, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge